AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

*filed in open court 5/3/04*

**APPEARANCE**

*Howard Greenberg*

CASE NUMBER: 04-1685-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Initial Appearance + bail*

I certify that I am admitted to practice in this court.

5/3/04
Date

Signature

Roger Witkin    531780
Print Name      Bar Number

6 Beacon St #1010
Address

Boston, MA    02108
City / State   Zip Code

617-523-0027 • 617-523-2024
Phone Number    Fax Number