AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

─────────────────── DISTRICT OF ___MASSACHUSETTS___

UNITED STATES OF AMERICA

**v.**

Howard GREENBERG  aka Howie

**WARRANT FOR ARREST**

CASE NUMBER:  O4-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Howard GREENBERG  aka Howie
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of
Title _____ 21 _____ United States Code, Section(s)  846

_____          U.S. MAGISTRATE JUDGE
Name of Issuing Officer                              Title of Issuing Officer

_____          02-26-2004     BOSTON, MASSACHUSETTS
Signature of Issuing Officer                         Date and Location

Bail fixed at $ _____            _____ by _____
                                                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| USMS  Worcester, MA, | | |
| DATE RECEIVED<br>5-3-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>5-1-04 | S/A  Jean  Drulin  (DEA) | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Howard GREENBERG

ALIAS:  aka Howie

LAST KNOWN RESIDENCE:  677 REVERE BEACH BLVD. REVERE, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1952

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 8901

HEIGHT:                                              WEIGHT:

SEX:    M                                            RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: