UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   MAGISTRATE NO. 04-1685 CBS

HOWARD GREENBERG

## MOTION TO AMEND CONDITIONS OF BAIL

The defendant moves to amend the conditions of bail to permit him to go for orientation at his new place of employment (he will not be employed there – he will be employed here in Massachusetts – but orientation is in Georgia).

His employer is Autovin, 50 Mansell Court, Suite 200, Rosewell, Georgia 30076, telephone number is 687 585 8000.

Mr. Greenberg will be there from his day of departure July 19, 2004 until the day of his return July 23, 2004.

Assistant United States Attorney Robert Peabody assents to this motion.

Roger Witkin
6 Beacon Street,
Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED: July 7, 2004

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND/BY FAX
DATED: 7/7/04
NAME: