UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   MAGISTRATE NO. 04 1685 CBS

HOWARD GREENBERG

ASSENTED MOTION TO AMEND CONDITIONS OF BAIL

The defendant moves to amend the conditions of bail to permit him to go for orientation at his new place of employment (he will not be employed there – he will be employed here in Massachusetts – but orientation is in Georgia).

His employer is Autovin, 50 Mansell Court, Suite 200, Rosewell, Georgia 30076, telephone number is 687 585 8000.

Mr. Greenberg will be there from his day of departure July 19, 2004 until the day of his return July 23, 2004.

Assistant United States Attorney Robert Peabody assents to this motion.

/s/Roger Witkin
Roger Witkin
6 Beacon Street,
Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:  July 9, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  MAGISTRATE NO. 04 1685 CBS

HOWARD GREENBERG

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon AUSA Robert Peabody, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and Pretrial Service Officer Thomas O'Brien, United States District Court, 1 Courthouse Way, Suite 1-300, Boston, MA 02210 by mail which was electronically filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE: July 9, 2004